UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-20139-CR-MARTINEZ-BROWN

IVAN DARIO TABARES RODRIGUEZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE AND IMMEDIATE DEPORTATION

THIS CAUSE came before the Court upon Petitioner's Motion for Reduction of Sentence and Immediate Deportation (D.E. No. 327).[1] Ivan Dario Tabares Rodriguez ("Tabares Rodriguez") seeks a reduction of his sentence to permit his immediate deportation pursuant to 8 U.S.C. § 1252(h)(2)(a). The statute to which Tabares Rodriguez refers, 8 U.S.C. § 1252(h)(2)(A), was created by section 438 of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), P.L. 104-132, § 438, 110 Stat. 1214. The statute was later amended and recodified at 8 U.S.C. § 1231(a)(4)(B) by the Omnibus Appropriations Act of 1997, P.L. 104-208, §§ 305-06, 110 Stat 3009-599. This statute gives the Attorney General the sole discretion to deport a criminal alien prior to the completion of his or her sentence. No private right of action exists under this statute. *See United States v. Marin-Castaneda*, 134 F. 3d 551, 556 (3d Cir. 1998) (stating that "the statute vests the Attorney General, not the district court, with the

---

[1] Petitioner also filed motions asking for default judgment on this issue. These motions are denied.

authority to curtail a prison sentence for the purpose of deportation."); *Thye v. United States*, 109 F. 3d 127, 128-29 (2d Cir. 1997) (stating that "whether or not one is to be deported under § 1252(h)(2)(A) prior to completing a prison term is a matter solely within the discretion of the Attorney General . . . and . . . § 1252(h)(2)(A) does not create a private right of action that would allow a party to compel the Attorney General to act, even to exercise the discretion granted to her by the AEDPA."). Therefore, it is hereby:

**ORDERED and ADJUDGED** that

1. Petitioner's Motion for Reduction of Sentence and Immediate Deportation (D.E. No. 327) is **DENIED**.

2. Petitioner's Motion for Default Judgment (D.E. No. 333) is **DENIED**.

3. Petitioner's Reduction of Sentence and Immediate Deportation for Entry of Default (D.E. No. 334) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of July, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Brown

All Counsel of Record

Ivan Dario Tabares Rodriguez
Reg. No. 16729-179
Big Spring Flightline
2001 Rickabaugh Drive
Big Spring, Texas 79720